In the Matter of ALFRED F. DAIGLE et al., Respondents, v. STATE LIQUOR AUTHORITY, Appellant.—

Judgment reversed, on the law, determination confirmed and petition dismissed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.